# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **CLYDE GUILLORY** | **CASE NO. 6:18-CV-00258** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **METROPOLITAN LIFE INSURANCE CO** | **MAGISTRATE JUDGE HANNA** |

## ORDER

Considering the joint motion to stay [Rec. Doc. 18],

IT IS ORDERED that the Clerk of Court shall administratively terminate this action in his records without prejudice to the right of the parties to reopen the proceedings upon the filing of a motion to reopen. This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate such motion as if this order had not been entered.

IT IS FURTHER ORDERED that the joint motion to stay [Rec. Doc. 18] is DENIED AS MOOT.

Signed at Lafayette, Louisiana, this 21st day of August, 2018.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE